UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-01317-GCS |
| ) | |
| TAMMIE CRAIG, ) | |
| LORI DAMMERMANN ) | |
| TERRENCE CASEY, ) | |
| DENNIS SCHNOEKER, ) | |
| JEFF DANCY, and ) | |
| SARA THOMAS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

On November 23, 2020, Defendants filed a summary judgment motion for failure to exhaust administrative remedies. (Doc. 84). That same day, Defendants filed the required Federal Rule of Civil Procedure 56 Notice informing Taylor of the consequences of failing to respond. (Doc. 86). On January 12, 2021, the Court entered an Order regarding Plaintiff's failure to respond to the motion for summary judgment and failure to follow Court orders by not updating his address with the Court. (Doc. 87). In this Order, the Court recognized that Plaintiff was subject to a filing restriction prohibiting him from filing papers in any court in this Circuit until he paid all outstanding fees and sanctions owed in his civil actions. (Doc. 87)(citing *Taylor v. Miller, et al.*, Nos. 20-2221; 20-2495; 20-

2510; and 20-2591 (7th Cir. Oct. 9, 2020)). The Court reminded Plaintiff of this filing restriction and extended him additional time to respond to the motion to for summary judgment and to update his address change with the Court *if* he first complied with the Seventh Circuit's Order. Plaintiff was warned that the action would be dismissed, if he failed to file and comply with the Seventh Circuit's Order according to the deadline and instructions in the Order. *Id.* (citing FED. R. CIV. PROC. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051, 1056-57 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466, 468-469 (7th Cir. 1994)).

The deadline for filing a response to the motion to the summary judgment motion and to update his change of address expired on February 2, 2021.[1] The Court will not allow this matter to linger indefinitely.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES with prejudice** this action for failure to prosecute and for failure to follow Court orders. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED**.

Dated: February 3, 2021.

Digitally signed by Judge Sison 2
Date: 2021.02.03 09:33:58 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**

---

[1] A search of both Plaintiff's inmate number M25370 and his last name on the Illinois Department of Corrections ("IDOC") website indicates Plaintiff is no longer incarcerated within the IDOC. Further, the record reveals that Taylor was released from Pontiac Correctional Center. *See* (Doc. 79).